NO. 07-12-00327-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
AUGUST 29, 2012
--------------------------------------------------------------------------------

 
 IN THE INTEREST OF Z.D., J.D., M.D., E.D., CHILDREN
--------------------------------------------------------------------------------

 
 FROM THE 222ND DISTRICT COURT OF DEAF SMITH COUNTY;
 
 NO. DR-11E-099; HONORABLE ROLAND D. SAUL, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appellant, Irene Casarez, filed a notice of appeal of a judgment or order signed on July 11, 2012. By letter dated July 23, 2012, Casarez was notified that, among other things, a filing fee of $175 had not been paid, noting that failure to do so within ten days could result in dismissal pursuant to Texas Rule of Appellate Procedure 42.3(c). No fee having been received within the deadline, by letter dated August 7, Casarez was again advised of the outstanding filing fee and the consequences of failing to pay. She was also specifically notified of the defect and given the opportunity to, in lieu of paying the filing fee, file an affidavit of indigence on or before August 16. See Tex. R. App. P. 44.3; see also Higgins v. Randall County Sheriff's Office, 193 S.W.3d 898 (Tex. 2006) (holding that a court of appeals can dismiss an appeal for noncompliance only after allowing a reasonable time to correct a defect). Despite two notices and a reasonable time in which to comply with this Court's request, Casarez has failed to respond. Consequently, this Court is authorized to dismiss this appeal.
Accordingly, the appeal is dismissed.

 Mackey K. Hancock
 Justice